## NICHOLSON v. AMERICAN SAFETY UTILITY CORP.

No. 486PA96

Case below: 124 N.C.App. 59

Petition by defendant (Siebe North) for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1997. Petition by defendant (American Safety) for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1997.

## NOLAN v. FORSYTH MEMORIAL HOSPITAL

No. 13P97

Case below: 124 N.C.App. 670

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## ONSLOW COUNTY v. MOORE

No. 12P97

Case below: 124 N.C.App. 670

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

## ONSLOW COUNTY v. PHILLIPS

No. 385A96

Case below: 123 N.C.App. 317

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis of the dissenting opinion in the Court of Appeals denied 7 February 1997.

## PARKWOOD ASSN., INC. v. CITY OF DURHAM

No. 16P97

Case below: 124 N.C.App. 603

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.